1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ANTHONY R. DELLING #81798
2  Anthony.delling@pillsburylaw.com
   400 Capitol Mall, Suite 1700
3  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
4  Facsimile: (916) 441-3583

5  Attorneys for Defendant
   OMNICARE, INC.

6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  _____
                                          )
12  JOHANA MARTZ, an individual           )   No. 2:07-CV-00617-FCD (DAD)
                                          )
13                        Plaintiff,      )   STIPULATION AND ORDER
                                          )   EXTENDING DISCOVERY CUTOFF
14       vs.                              )   AND EXPERT DESIGNATION
                                          )   DATES
15  OMNICARE, INC., a corporation and Does 1 )
    through 50, inclusive,                )
16                                        )
                                          )
17                        Defendant.      )
                                          )
18                                        )
    _____)
19          During the discovery process to date, counsel for plaintiff and counsel

20  for defendant Omnicare, Inc. have identified approximately ten individuals

21  whom the parties will need to depose prior to discovery cutoff.  However,

22  because of the number of those persons and the fact that many of them reside

23  outside California, the expenses associated with preparing for and taking their

24  depositions will be very substantial.  Counsel for the parties have agreed to

25  conduct a mediation in this matter during January 2008.  Furthermore, if they

26  must prepare to designate expert witnesses by January 29, they will incur still

27  further potentially unnecessary costs.  The prospects for that mediation

28

1   successfully resolving this case depend largely upon whether the parties can
2   avoid litigation expenses between now and the mediation.  To the extent that
3   the parties must conduct depositions, including multiple out of state
4   depositions and must search for and identify expert witnesses prior to the
5   mediation, the likelihood of this case settling diminishes substantially.
6          To avoid potentially unnecessary consumption of time and considerable
7   expense and to maximize the likelihood of settlement, the parties have agreed,
8   subject to the Court's approval, to extend the date for discovery cutoff and
9   expert designation by approximately 60 days each.  Because this case has a
10  June 20, 2008 motion cutoff date and an October 21, 2008 trial date, such an
11  extension will <u>not</u> necessitate a continuance of any other case management
12  dates.
13         Therefore, through their respective attorneys of record, plaintiff Johana
14  Martz and defendant Omnicare, Inc. hereby stipulate as follows:
15         1.     That discovery cutoff date be extended to March 14, 2008.
16         2.     That the date for initially designating expert witnesses be
17                extended to March 21, 2008.
18                              Respectfully submitted,
19  Dated:  November _____, 2007.
20                              HOGE, FENTON, JONES & APPEL, INC.
21                              STEVEN SHERMAN
22                              By: _____
23                              Attorneys for Plaintiff JOHANA MARTZ
24
25
26
27
28

1   Dated:  November _____, 2007.

2                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         ANTHONY R. DELLING
3

4

5                             By: _____

6                                    Attorneys for Defendant
                                     OMNICARE, INC.
7

8          IT IS SO ORDERED.

9   Dated:  December 3, 2007

10

11   _____
     FRANK C. DAMRELL, JR.
12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28